UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
HADGKISS, Debra L.

Case No.: 19-23796  
Chapter: 7  
Judge: CMG

### NOTICE OF PROPOSED ABANDONMENT

John Michael McDonnell, Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  
United States Bankruptcy Court Clerk  
Clarkson S. Fisher U.S. Courthouse  
402 East State Street  
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on 9/17/2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  
600 Willow Grove Street  
Hackettstown, NJ 07840  

Value = $230,000

Liens on property:  
Lien = $200,000  

Minus 10% Estimated Cost of Sale

Amount of equity claimed as exempt: $25,150

Objections must be served on, and requests for additional information directed to:

Name: John Michael McDonnell, Chapter 7 Trustee  
Address: 115 Maple Avenue, Red Bank, New Jersey 07701  
Telephone No.: 732.383.7233

*rev.8/1/15*

```
United States Bankruptcy Court
      District of New Jersey
```

In re:                                                              Case No. 19-23796-CMG
Debra L. Hadgkiss                                                   Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Aug 19, 2019
                              Form ID: pdf905          Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2019.
```
db              +Debra L. Hadgkiss,    600 Willow Grove Street,    Hackettstown, NJ 07840-1714
518354560       +ACS Collection Services,    17 Prospect Street,    Morristown, NJ 07960-6862
518354561        Advanced Vascular Associates,    131 Madison Avenue,    Morristown, NJ 07960-7360
518354562        Advocare Skylands Orthopaedics,    PO Box 3001,    Voorhees, NJ 08043-0598
518354564       +Anesthesia Associate,    c/o David B. Watner,    1129 Bloomfield Avenue,    Suite 208,
                  Caldwell, NJ 07006-7123
518354565       +Anesthesia Associates of Morristown,    PO Box 24002,    Newark, NJ 07101-0410
518354566        Atlantic Health System,    Po Box 21385,    New York, NY 10087-1385
518354567       +Atlantic Medical Group,    PO Box 416457,    Boston, MA 02241-6457
518354568       +B & B Collections, Inc,    PO Box 2137,    Toms River, NJ 08754-2137
518354575       +CMRE Financial Services, Inc,    3075 E. Imperial Hwy, #200,    Brea, CA 92821-6753
518354570       +Cardiovascular Health Consultants, PA,    PO Box 1259,    Dept 88679,    Oaks, PA 19456-1259
518354571       +Cardmember Service,    PO Box 1423,    Charlotte, NC 28201-1423
518354573        Chase,   PO Box 15298,    Wilmington, DE 19850-5298
518354574        Chase Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
518354577       +Gagnon Cardiovascular Institute,    Level C,    100 Madison Avenue,    Morristown, NJ 07960-6136
518354583       +HSS Collection Agency LLC,    PO Box 116,    Cliffside Park, NJ 07010-0116
518354579       +Hackettstown Emergency Associates,    PO Box 3012,    Wilmington, DE 19804-0012
518354580       +Hackettstown IMA,    PO Box 5942,    Parsippany, NJ 07054-6942
518354581       +Hackettstown Medical Center,    PO Box 2,    Hackettstown, NJ 07840-0002
518354582       +Hackettstown Radiology Assoc,    c/o Remex Inc,    307 Wall St.,    Princeton, NJ 08540-1515
518354585       +IC System Inc,    PO Box 64437,    Saint Paul, MN 55164-0437
518354586       +ID Associates PA,    105 Raider Blvd,    Suite 101,    Hillsborough, NJ 08844-1528
518354588       +JPMCB CARD SERVICES,    PO Box 15369,    Wilmington, DE 19850-5369
518354593       +MRI Assoc. of Hackettstown,    657 Willow Grove Street,    Hackettstown, NJ 07840-1868
518354590       +Medical Care Associates,    137 Mountain Ave,    Hackettstown, NJ 07840-2390
518354591        Mid Atlantic Surgical Associates,    PO Box 48229,    Newark, NJ 07101-8429
518354592        Morris Imaging Associates PA,    PO Box 6750,    Portsmouth, NH 03802-6750
518354595       +NJAPMC Hackettstown,    P.O. Box 5982,    Parsippany, NJ 07054-6982
518354596       +North Jersey Sports Medicine,    c/o Pressler and Pressler,    7 Entin Road,
                  Parsippany, NJ 07054-5020
518354597       +O'Brien & Taylor,    175 Fairfield Avenue,    Caldwell, NJ 07006-6415
518354598       +Orthopedic Institute of New Jersey,    PO Box 4812,    Lancaster, PA 17604-4812
518354599        Quest Diagnostics Incorporated,    PO Box 71304,    Philadelphia, PA 19176-1304
518354600       +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
518354601        Santander Consumer USA,    PO Box 105255,    Atlanta, GA 30348-5255
518354603        Skylands Vascular Specialists,    100 Mountain Court,    Hackettstown, NJ 07840-2300
518354604       +Unifund CCR LLC,    c/o Mullooly, Jeffrey, Rooney & Flynn,    6851 Jericho Tpke,    Suite 220,
                  Syosset, NY 11791-4449
518354606       +Van Ru Credit Corporation,    PO Box 1027,    Skokie, IL 60076-8027
518354605        Van Ru Credit Corporation,    Payment Processing Center,    PO Box 46249,
                  Lincolnwood, IL 606460249
518354607        Visa,   PO Box 660786,    Dallas, TX 752660786
518354608        Warren Hospital,    PO Box 824039,    Philadelphia, PA 19182-4039
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 20 2019 00:20:54      U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 20 2019 00:20:49      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
518354563       +E-mail/Text: bankruptcycare@affinityfcu.com Aug 20 2019 00:20:16
                  Affinity Federal Credit Union,    PO Box 621,    Basking Ridge, NJ 07920-0621
518354569        E-mail/Text: clientrep@capitalcollects.com Aug 20 2019 00:22:00      Capital Collection Service,
                  PO Box 150,   West Berlin, NJ 08091
518354572       +E-mail/Text: bankruptcy@certifiedcollection.com Aug 20 2019 00:20:36
                  Certified Credit & Collection Bureau,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
518354576        E-mail/Text: bnc-bluestem@quantum3group.com Aug 20 2019 00:21:29      FINGERHUT/ WEBBBANK,
                  6250 RDGEWOOD ROAD,    Saint Cloud, MN 56303-0820
518354584       +E-mail/Text: bankruptcy@huntington.com Aug 20 2019 00:20:48      Huntington Mortgage,
                  PO Box 182440,    Columbus, OH 43218-2440
518354589       +E-mail/Text: bncnotices@becket-lee.com Aug 20 2019 00:20:01      Kohls/Capital One,
                  PO Box 3115,    Milwaukee, WI 53201-3115
518354594       +E-mail/Text: bankruptcydepartment@tsico.com Aug 20 2019 00:21:35      NCO Financial Services/99,
                  PO Box 15636,    Wilmington, DE 19850-5636
518354602        E-mail/Text: bankruptcy@sccompanies.com Aug 20 2019 00:22:04      Seventh Avenue,
                  1112 Seventh Avenue,    Monroe, WI 535661364
                                                                                              TOTAL: 10
```

```
District/off: 0312-3           User: admin              Page 2 of 2               Date Rcvd: Aug 19, 2019
                               Form ID: pdf905          Total Noticed: 50

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518354587       James Hadgkiss
518354578    ##+Hackettstown Diagnostics Imaging,   254B Mountian Avenue,   Suite 102,
               Hackettstown, NJ 07840-2413
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2019 at the address(es) listed below:
            Joan Sirkis Warren    on behalf of Debtor Debra L. Hadgkiss joan@joanlaverylaw.com
            John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
             NJ95@ecfcbis.com,bcrowley@mchfirm.com
            John Michael McDonnell    jmcdonnell@mchfirm.com,  NJ95@ecfcbis.com,bcrowley@mchfirm.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 4
```