**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Debra L. Hadgkiss<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2140<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–23796–CMG | |

# Order of Discharge     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Debra L. Hadgkiss

10/18/19                                                          **By the court:**   Christine M. Gravelle
                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-23796-CMG
Debra L. Hadgkiss                                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Oct 18, 2019
                              Form ID: 318             Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2019.
```
db          +Debra L. Hadgkiss,    600 Willow Grove Street,    Hackettstown, NJ 07840-1714
518354560   +ACS Collection Services,    17 Prospect Street,    Morristown, NJ 07960-6862
518354561    Advanced Vascular Associates,    131 Madison Avenue,    Morristown, NJ 07960-7360
518354562    Advocare Skylands Orthopaedics,    PO Box 3001,    Voorhees, NJ 08043-0598
518354564   +Anesthesia Associate,    c/o David B. Watner,    1129 Bloomfield Avenue,    Suite 208,
              Caldwell, NJ 07006-7123
518354565   +Anesthesia Associates of Morristown,    PO Box 24002,    Newark, NJ 07101-0410
518354566    Atlantic Health System,    Po Box 21385,    New York, NY 10087-1385
518354567   +Atlantic Medical Group,    PO Box 416457,    Boston, MA 02241-6457
518354568   +B & B Collections, Inc,    PO Box 2137,    Toms River, NJ 08754-2137
518354575   +CMRE Financial Services, Inc,    3075 E. Imperial Hwy, #200,    Brea, CA 92821-6753
518354570   +Cardiovascular Health Consultants, PA,    PO Box 1259,    Dept 88679,    Oaks, PA 19456-1259
518354571   +Cardmember Service,    PO Box 1423,    Charlotte, NC 28201-1423
518354577   +Gagnon Cardiovascular Institute,    Level C,    100 Madison Avenue,    Morristown, NJ 07960-6136
518354583   +HSS Collection Agency LLC,    PO Box 116,    Cliffside Park, NJ 07010-0116
518354579   +Hackettstown Emergency Associates,    PO Box 3012,    Wilmington, DE 19804-0012
518354580   +Hackettstown IMA,    PO Box 5942,    Parsippany, NJ 07054-6942
518354581   +Hackettstown Medical Center,    PO Box 2,    Hackettstown, NJ 07840-0002
518354582   +Hackettstown Radiology Assoc,    c/o Remex Inc,    307 Wall St.,    Princeton, NJ 08540-1515
518354586   +ID Associates PA,    105 Raider Blvd,    Suite 101,    Hillsborough, NJ 08844-1528
518354593   +MRI Assoc. of Hackettstown,    657 Willow Grove Street,    Hackettstown, NJ 07840-1868
518354590   +Medical Care Associates,    137 Mountain Ave,    Hackettstown, NJ 07840-2390
518354591    Mid Atlantic Surgical Associates,    PO Box 48229,    Newark, NJ 07101-8429
518354592    Morris Imaging Associates PA,    PO Box 6750,    Portsmouth, NH 03802-6750
518354595   +NJAPMC Hackettstown,    P.O. Box 5982,    Parsippany, NJ 07054-6982
518354596   +North Jersey Sports Medicine,    c/o Pressler and Pressler,    7 Entin Road,
              Parsippany, NJ 07054-5020
518354597   +O'Brien & Taylor,    175 Fairfield Avenue,    Caldwell, NJ 07006-6415
518354598   +Orthopedic Institute of New Jersey,    PO Box 4812,    Lancaster, PA 17604-4812
518354599    Quest Diagnostics Incorporated,    PO Box 71304,    Philadelphia, PA 19176-1304
518354600   +Remex Inc,    307 Wall St.,    Princeton, NJ 08540-1515
518354603    Skylands Vascular Specialists,    100 Mountain Court,    Hackettstown, NJ 07840-2300
518354604   +Unifund CCR LLC,    c/o Mullooly, Jeffrey, Rooney & Flynn,    6851 Jericho Tpke,    Suite 220,
              Syosset, NY 11791-4449
518354605    Van Ru Credit Corporation,    Payment Processing Center,    PO Box 46249,
              Lincolnwood, IL 606460249
518354608    Warren Hospital,    PO Box 824039,    Philadelphia, PA 19182-4039
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 19 2019 02:24:37     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 19 2019 02:24:34     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
cr          +E-mail/Text: bankruptcy@huntington.com Oct 19 2019 02:24:32     The Huntington National Bank,
              3 Cascade Plaza,    Akron, OH 44308-1124
518354563   +E-mail/Text: bankruptcycare@affinityfcu.com Oct 19 2019 02:23:52
              Affinity Federal Credit Union,    PO Box 621,    Basking Ridge, NJ 07920-0621
518354569    E-mail/Text: clientrep@capitalcollects.com Oct 19 2019 02:25:52     Capital Collection Service,
              PO Box 150,    West Berlin, NJ 08091
518354572   +E-mail/Text: bankruptcy@certifiedcollection.com Oct 19 2019 02:24:18
              Certified Credit & Collection Bureau,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
518354573    EDI: CHASE.COM Oct 19 2019 05:38:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
518354574    EDI: CHASE.COM Oct 19 2019 05:38:00      Chase Cardmember Service,    PO Box 15153,
              Wilmington, DE 19886-5153
518354576    EDI: BLUESTEM Oct 19 2019 05:38:00      FINGERHUT/ WEBBBANK,    6250 RDGEWOOD ROAD,
              Saint Cloud, MN 56303-0820
518354584   +E-mail/Text: bankruptcy@huntington.com Oct 19 2019 02:24:32     Huntington Mortgage,
              PO Box 182440,    Columbus, OH 43218-2440
518354585   +EDI: IIC9.COM Oct 19 2019 05:38:00      IC System Inc,    PO Box 64437,
              Saint Paul, MN 55164-0437
518354588   +EDI: CHASE.COM Oct 19 2019 05:38:00      JPMCB CARD SERVICES,    PO Box 15369,
              Wilmington, DE 19850-5369
518354589   +E-mail/Text: bncnotices@becket-lee.com Oct 19 2019 02:23:32     Kohls/Capital One,
              PO Box 3115,    Milwaukee, WI 53201-3115
518354594   +E-mail/Text: bankruptcydepartment@tsico.com Oct 19 2019 02:25:28     NCO Financial Services/99,
              PO Box 15636,    Wilmington, DE 19850-5636
518354601    EDI: DRIV.COM Oct 19 2019 05:38:00      Santander Consumer USA,    PO Box 105255,
              Atlanta, GA 30348-5255
518354602    EDI: CBS7AVE Oct 19 2019 05:38:00      Seventh Avenue,    1112 Seventh Avenue,
              Monroe, WI 535661364
518354607    EDI: CHASE.COM Oct 19 2019 05:38:00      Visa,    PO Box 660786,    Dallas, TX 752660786
                                                                                             TOTAL: 17
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Oct 18, 2019
                              Form ID: 318             Total Noticed: 50


             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518354587        James Hadgkiss
518354578     ##+Hackettstown Diagnostics Imaging,    254B Mountian Avenue,    Suite 102,
                 Hackettstown, NJ 07840-2413
518354606     ##+Van Ru Credit Corporation,    PO Box 1027,    Skokie, IL 60076-8027
                                                                                         TOTALS: 1, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2019 at the address(es) listed below:
              Joan Sirkis Warren    on behalf of Debtor Debra L. Hadgkiss joan@joanlaverylaw.com
              John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
               NJ95@ecfcbis.com,bcrowley@mchfirm.com
              John Michael McDonnell     jmcdonnell@mchfirm.com, NJ95@ecfcbis.com,bcrowley@mchfirm.com
              Kevin Gordon McDonald    on behalf of Creditor   The Huntington National Bank
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```